# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>GURMUKH SINGH SEKHON,<br><br>    Defendant. | Case No. 1:15-cv-00319---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>JUNE 25, 2015 DEADLINE |

On May 26, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1.    All pending matters and dates are VACATED;

2.    The parties shall file dispositional documents on or before June 25, 2015; and

IT IS SO ORDERED.

Dated:    **May 27, 2015**

UNITED STATES MAGISTRATE JUDGE

1